No. 10-5569. Boris Shulman, Petitioner v. BlueCross BlueShield of South Carolina.

562 U.S. 824, 131 S. Ct. 386, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6732.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 370 Fed. Appx. 384.

No. 10-5720. Debra Robertson, Petitioner v. Cree, Incorporated.

562 U.S. 824, 131 S. Ct. 386, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6274.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 385 Fed. Appx. 307.

No. 10-5783. Felipe Hernandez-Anguiano, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 824, 131 S. Ct. 386, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6710.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 10-5867. Elizabeth A. Chan, Petitioner v. Department of Justice.

562 U.S. 824, 131 S. Ct. 387, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6632.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 368 Fed. Appx. 143.

No. 10-5937. James Louis Guyton, Jr., as Executor of the Estate of James Louis Guyton, Petitioner v. United States.

562 U.S. 824, 131 S. Ct. 387, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6463.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 372 Fed. Appx. 5.

No. 10-5946. Barbara Robinson, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 824, 131 S. Ct. 387, 178 L. Ed. 2d 21, 2010 U.S. LEXIS 6287.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to